■ In the Matter of JERRY ADAMS, Appellant, v ANDREA W. EVANS, as Chair of the Division of Parole, Respondent. [937 NYS2d 901]

Rose, J.P., Spain, Kavanagh, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.